In the Matter of the Petition of ROBERT F. RAYMOND, Appellant, for Direction to ANDREW A. SMITH et al., as Administrators c. t. a. of the Estate of PHILIP SMITH, Deceased, to Pay Certain Funds Out of Said Estate.

JAMES P. SMITH et al., Respondents.

*Appeal — intermediate order — appeal without permission to Court of Appeals dismissed.*

*Matter of Raymond*, 214 App. Div. 622, appeal dismissed.

(Argued February 23, 1926; decided March 2, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1925, which reversed a decree of the New York County Surrogate's Court granting a petition for the establishment of an attorney's lien for services and remitting the proceeding to the surrogate for further action.

The motion was made upon the grounds that the order attempted to be appealed from was not a final order and that no permission to appeal had been granted.

*William A. Kirk* for motion.

*Harold H. Corbin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.